ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone:  (213) 386-3860
Facsimile:  (213) 386-5583
E-mails: ac@racclaw.com; marshah@racclaw.com

JS - 6

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>INSPECTION ENGINEERING CONSTRUCTION, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>            Defendants. | CASE NO: SACV07-1188 JVS(ANx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN

-1-

1  CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR
2  CONTRACT COMPLIANCE; and LABORERS CONTRACT ADMINISTRATION TRUST
3  FUND FOR SOUTHERN CALIFORNIA, and the Defendant, INSPECTION
4  ENGINEERING CONSTRUCTION, INC., a California corporation and good
5  cause appearing therefor:
6      IT IS HEREBY ORDERED ADJUDGED AND DECREED, that:
7      Judgment is entered in favor of Plaintiff, CONSTRUCTION
8  LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE
9  COMPANY, LLC, a fiduciary, administrator, agent and assignee for
10 collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR
11 SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR
12 SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR
13 SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND
14 FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY
15 ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; and LABORERS CONTRACT
16 ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA and against the
17 Defendant, INSPECTION ENGINEERING CONSTRUCTION, INC., a California
18 corporation in the principal sum of $14,300.34 covering amounts
19 owed during the period from January 2007 through July 2007.

21 DATED: March 14, 2008                    _____
                                            JAMES V. SELNA, JUDGE
22                                          UNITED STATES DISTRICT
                                            COURT FOR THE CENTRAL
23                                          DISTRICT OF CALIFORNIA